The People of the State of New York ex rel. Edward A. Dubey, Appellant, *v.* J. Edward Swanstrom, as President of the Borough of Brooklyn, City of New York, Respondent.

*People ex rel. Dubey* v. *Swanstrom,* 79 App. Div. 94, appeal dismissed.
(Argued June 3, 1903; decided June 23, 1903.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 21, 1903, which affirmed an order at Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to forthwith appoint a suitable person to the position of superintendent of incumbrances for the borough of Brooklyn, city of New York.

*Alfred E. Sander* for appellant.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.